U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

JULIA GOLDSON,

Defendant.

Case No. 06-116 (PLF)

**FILED**

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this **12th** day of **May, 2006** ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by **Special Agent Monica Zink** to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to **U.S. Department of Transportation Office of Inspector General** for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of **Special Agent Monica Zink** for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~(U.S. Magistrate)~~ Paul L. Friedman

DEFENSE COUNSEL

DOJ USA-16-1-80