# United States District Court
# for the District of Columbia

**FILED**

JUN 1 2006

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

## WAIVER OF INDICTMENT

CASE NUMBER:   CR 06-116 (PLF)

**JULIA V. GOLDSON**

I,   JULIA V. GOLDSON   the above named defendant, who is accused of

18 USC 641   Embezzlement of Government Money -   Count 1

being advised of the nature of the charge, the proposed superseding information, and of my rights, hereby waive in open court on   June 1, 2006   prosecution by indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant   Julia V. Goldson

_____
Counsel for Defendant Jacqueline P. Byrd-Tillman, Esquire

_____
Judge Paul L. Friedman
United States District Court