HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  : Docket No.: Cr-06-0116 PLF

vs.  : SSN:

Goldson, Julia  : Disclosure Date: July 11, 2006

**FILED**
JUL 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____  _____
Prosecuting Attorney                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual disputes in the PSI report as set forth in the attachment.

_Julia Goldson_ 7/17/06   _Jacqueline P. Boyd-Tillman_ 7/17/06
Defendant        Date         Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 25, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Richard A. Houck, Jr., Chief
United States Probation Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO.: 06-116 |
| v | * |
| | * |
| JULIA V. GOLDSON | * VIOLATION : 18 U.S.C. 641 |
| | * (Embezzlement of Government Money) |
| Defendant. | * |

*******************************************************************************

OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Julia V. Goldson, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and objects to the inclusion of paragraphs 31 and 34 in the Pre-Sentence Investigation Report. The Defendant is of the opinion that the information in the abovementioned paragraphs is information that is in dispute pertaining to the divorce that is in litigation between she and her husband and is not relevant to the sentencing of this case.

In addition, paragraph 45 refers to the Defendant in the masculine gender.

Wherefore, the Defendant respectfully requests that the said paragraphs be removed from the Pre-Sentence Investigative Report and that the corrections be made to paragraph 45 to refer to client in the feminine gender.

               Respectfully submitted,
               Law Office of
               Jacqueline P. Byrd-Tillman, P.C.

               By: /s/ Jacqueline P. Byrd-Tillman
               Jacqueline P. Byrd-Tillman, Esquire, 414765
               Counsel for Defendant
               9698 Marlboro Pike
               Upper Marlboro, MD 20772
               (301) 599-2688

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of these Objections to the Pre-Sentence Investigation Report was sent via facsimile only on this 25th day of July 2006, to:

Michael Penders
United States Probation Officer
(202) 273-0242

Timothy G. Lynch
Assistant U.S. Attorney
(202) 307-2304

Jacqueline P. Byrd-Tillman, Esquire