UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO.: 06-116 *PLF* |
| v | * |
| | * |
| JULIA V. GOLDSON | * VIOLATION : 18 U.S.C. 641 |
| | * (Embezzlement of Government Money) |
| Defendant. | * |

**********************************************************************

## MOTION TO REDUCE LEVEL OF GUIDELINES

COMES NOW the Defendant, Julia V. Goldson, by and through counsel, Jacqueline P.

Byrd-Tillman, Esquire and states the following pursuant to 18 U.S.C. 3553 (a), including a

consideration of the guidelines and policies promulgated by the United States Sentencing

Guidelines Commission, Guidelines Manual (2004) (hereinafter "Sentencing Guidelines").

The Defendant admits that she knowingly and wrongfully committed the crime of

Embezzlement of Government Money. However, she was a passive recipient of fraudulent

overtime by the Co-Defendant Villa. When she discovered the extra money in her paycheck, she

went to co-Defendant Villa, who was the timekeeper. Co-Defendant Villa told Defendant

Goldson that she would make the correction. However, Villa never corrected the situation and

instead held the receipt of the embezzled money over Defendant Goldson's head to keep her in

line.

Based on the unfortunate facts of the crime and her cooperation with the US Attorney's

Office, Defendant Goldson is seeking a reduction for being a minor participant in addition to the

reduction for acceptance of responsibility.

Respectfully submitted,
Law Office of
Jacqueline P. Byrd-Tillman, P.C.

-2-

By: *Jacqueline P. Byrd-Tillman*

Jacqueline P. Byrd-Tillman, Esquire
Counsel for Defendant
9698 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-2688
Bar No.: 414765

POINTS AND AUTHORITIES:
18 U.S.C. 3553 (a)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Motion to Reduce Level of Guidelines was sent

via facsimile and first class mail, postage prepaid, on this 25th day of July 2006, to:

Timothy G. Lynch
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Facsimile: (202) 307-2304

Michael Penders
United States Probation Officer
E. Barrett Prettyman, U.S. Courthouse
333 Constitution Avenue, NW, Room 2800
Washington, DC 20001
Facsimile: (202) 273-0242

*Jacqueline P. Byrd-Tillman*

Jacqueline P. Byrd-Tillman, Esquire