UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.: 06-116 |
| v | * | |
| | * | |
| JULIA V. GOLDSON | * | VIOLATION : 18 U.S.C. 641 |
| | * | (Embezzlement of Government Money) |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**UPON CONSIDERATION** of the Defendant's Motion to Reduce Level of Guidelines, it is on this _____ day of _____ 2006,

**ORDERED**, that the Motion to Reduce Level of Guidelines be, and is hereby, **GRANTED**. It is further

**ORDERED**, that the guideline level be, and is hereby, reduced to level 6.

_____
JUDGE

Copies to:

Timothy G. Lynch
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Facsimile: (202) 307-2304

Michael Penders
United States Probation Officer
E. Barrett Prettyman, U.S. Courthouse
333 Constitution Avenue, NW, Room 2800
Washington, DC 20001
Facsimile: (202) 273-0242

-2-

Jacqueline P. Byrd-Tillman, Esquire
9698 Marlboro Pike
Upper Marlboro, MD 20772