UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: 06-116 *PLF* |
| | : | |
| v. | : | |
| | : | |
| **JULIA V. GOLDSON,** | : | VIOLATION: 18 U.S.C. § 641 |
| | : | (Embezzlement of Government Money) |
| **Defendant.** | : | |

*****************************************************************

NOTICE OF DEFENDANT GOLDSON'S WITNESSES
TO APPEAR AT SENTENCING

COMES NOW the Defendant, Julia V. Goldson, by and through counsel, and sets forth the following eight (8) witnesses who will appear at the sentencing of Julia V. Goldson scheduled for August 17, 2006:

1. **Sharon Jones**

   Ms. Jones will testify to Ms. Goldson's good care of her children.

2. **Clariece Higginbothon**

   Ms. Higginbothon will testify to Ms. Goldson's good care of her children as well as to Ms. Goldson's character.

3. **Faith Frost**

   Ms. Frost has known Ms. Goldson for her entire life and will testify to Ms. Goldson's character.

4. **Francis E. Merritt**

   Mr. Merritt will testify to Ms. Goldson's remorsefulness for her actions in this matter.

5. **Arnetta McKenzie**

   Ms. McKenzie will testify to Ms. Goldson's relationship with her children.

FILED
JUL 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

6. **Kelly Anderson**

   Ms. Anderson will testify to Ms. Goldson's remorsefulness for her actions in this matter.

7. **Bishop Bobby Holmes**

   Bishop Holmes will testify to Ms. Goldson's remorsefulness for her actions in this matter

8. **Denise Barnes**

   Ms. Barnes will testify to Ms. Goldson's remorsefulness for her actions in this matter.

   Respectfully submitted,
   Law Office of
   Jacqueline P. Byrd-Tillman, P.C.

   By: *Jacqueline P. Byrd-Tillman*
   Jacqueline P. Byrd-Tillman, Esquire
   Counsel for Defendant
   9698 Marlboro Pike
   Upper Marlboro, MD 20772
   (301) 599-2688
   Bar No.: 414765

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice of Defendant Goldson's Witnesses to Appear at Sentencing was sent via facsimile and first class mail, postage prepaid, on this 17th day of July 2006, to:

Timothy G. Lynch
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Facsimile (202) 307-2304

-3-

Michael Penders
United States Probation Officer
E. Barrett Prettyman U. S. Courthouse
333 Constutution Avenue, NW, Room 2800
Washington, DC 20001
Facsimile (202) 273-0242

					_____
					Jacqueline P. Byrd-Tillman, Esquire