UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO.: 06-116 |
| v | * |
| | * |
| JULIA V. GOLDSON | * VIOLATION : 18 U.S.C. 641 |
| | * (Embezzlement of Government Money) |
| Defendant. | * |

*********************************************************************

OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Julia V. Goldson, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and objects to the inclusion of paragraphs 31 and 34 in the Pre-Sentence Investigation Report. The Defendant is of the opinion that the information in the abovementioned paragraphs is information that is in dispute pertaining to the divorce that is in litigation between she and her husband and is not relevant to the sentencing of this case.

In addition, paragraph 45 refers to the Defendant in the masculine gender.

Wherefore, the Defendant respectfully requests that the said paragraphs be removed from the Pre-Sentence Investigative Report and that the corrections be made to paragraph 45 to refer to client in the feminine gender.

Respectfully submitted,
Law Office of
Jacqueline P. Byrd-Tillman, P.C.

By: *Jacqueline P. Byrd-Tillman*
Jacqueline P. Byrd-Tillman, Esquire
Counsel for Defendant
9698 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-2688

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of these Objections to the Pre-Sentence Investigation Report was sent via facsimile only on this 25th day of July 2006, to:

Michael Penders
United States Probation Officer
(202) 273-0242

Timothy G. Lynch
Assistant U.S. Attorney
(202) 307-2304

Jacqueline P. Byrd-Tillman, Esquire