HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: Cr-06-0116 |
| vs. | : | SSN: |
| Goldson, Julia | : | Disclosure Date: July 11, 2006 |

**FILED**

AUG 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ✓ )   There are no material/factual inaccuracies therein.

(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          7/25/06
**Prosecuting Attorney**                          **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

(   )   There are no material/factual inaccuracies therein.

(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____      _____  _____
**Defendant**            **Date**       **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 25, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

TOTAL P.01