FILED
JUN - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.: 06-116 PLF |
| v | * | |
| | * | |
| JULIA V. GOLDSON | * | VIOLATION : 18 U.S.C. 641 |
| | * | (Embezzlement of Government Money) |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO MODIFY PROBATION PERIOD TO ONE YEAR

COMES NOW the Defendant, Julia V. Goldson, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and states the following pursuant to the Sentencing Reform Act of 1984:

Defendant Julia V. Goldson pleaded guilty to one count of Embezzlement of Government Money, in violation of Title 18 United States Code, Section 641, on June 1, 2006. On August 17, 2006, the Honorable Judge Paul L. Friedman sentenced Ms. Goldson to Two (2) years probation with the Standard Conditions of Supervision and Additional Probation Terms. Restitution in the amount of $12,000.00 was also ordered to be paid in full.

The Additional Probation Terms, *inter alia*, states that "Once restitution is paid in full, the defendant may petition the court to have probation period modified to one (1) year. The Defendant has paid her restitution in full (See attached receipts.) and has abided by all of the rules of her probation.

Counsel contacted Timothy G. Lynch, Assistant United States Attorney in reference to this Motion and he referred counsel to the US Probation Office, specifically to the Defendant's probation officer. Counsel telephoned Defendant's probation officer, Mr. Steven D. Bolton. He is out of the office until June 5, 2007. I left him a message in his voice mail as to the Defendant's desire to reduce her term of probation as suggested in the Judgment in a Criminal

-2-

Case filed in this court on August 18, 2006.

    Wherefore, the Defendant prays this Honorable Court to:

    1. Modify the term of her probation to one (1) year;

    2. Terminate the Defendant's probation as satisfactory completed on August 17, 2007;

and

    3. Grant such other and further relief as this cause may require.

                                  Respectfully submitted,

                                  Law Office of
                                  Jacqueline P. Byrd-Tillman, PC

                           By: _____
                                  Jacqueline P. Byrd-Tillman, Esquire
                                  Counsel for Defendant
                                  9698 Marlboro Pike
                                  Upper Marlboro, MD 20772
                                  (301) 599-2688

POINTS AND AUTHORITIES:
Sentencing Reform Act of 1984
Title 18, Chapters 109A, 110, 110A and 113A
Judgment in a Criminal Case filed in this court
       on August 18, 2007

                                CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this Motion to Reduce Probationary Period to One Year was sent via first class mail, postage prepaid, on this 4th day of June 2007, to:

Timothy G. Lynch
Assistant United States Attorney
555 4th Street, NW
Room 5233
Washington, DC 20530

-3-

Steven D. Bolton
US Probation Officer
US District Court for the
District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Jacqueline P. Byrd-Tillman, Esquire
Counsel for Defendant
9698 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-2688
DC Bar No.: 414765