*****NO REFUND WITHOUT RECEIPT*****
TOTAL TENDERED $ $6,000.00
3,000.00
T O T A L
3,000.00
SCOT #1 PETITION $ UNDUE#4-4?
CASE # 06-116# 1
GOLDSON, JULIA (REST)
*****NO REFUND WITHOUT RECEIPT*****
DL FORREST Receipt # 137975
WASHINGTON D.C.
U.S. DISTRICT COURT

I tried to get it dark as I could.
J Goldson

CR 06-116-PLF
Attachment

FILED
JUN - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT